**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER



<u>**Hand-delivery via Inter-office Mail**</u>

April 18, 2008

**Crack Reduction         Status Report**

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 7D
Baltimore, Maryland 21201

    Re:   *United States v. Nathaniel Trader*
           No. B-93-0368

Dear Judge Blake:

    Please accept and docket this letter as a status report in the above-captioned case.

    Mr. Trader has filed a pro se motion for a sentence reduction under the new crack amendments. He was convicted of conspiracy to distribute and possess with intent to distribute cocaine base. The Court sentenced him to 274 months imprisonment. U.S. Probation has submitted a report indicating that the defendant is not eligible to seek a reduced sentence "because the defendant was involved with distribution or possession with the intent to distribute 15.84 kilograms of cocaine base."

    While I do not agree in all cases that defendants sentenced based upon total drug amounts of 4.5 kilograms of crack or more are not entitled to relief under 18 U.S.C. § 3582, I unfortunately see no viable legal argument for Mr. Trader that would permit the Court to grant relief under section 3582 at this time. His base offense level of 38 for the count of conviction did not lower under the new crack amendments.

    I would be happy to provide the Court with whatever additional information it may need in this case.

The Honorable Catherine C. Blake
April 18, 2008
Page 2

                                      Very truly yours

                                        Denise C. Barrett (by mgb)

                                      Denise C. Barrett
                                      Assistant Federal Public Defender

cc:    Barbara Sale, AUSA
       Estelle Santana, USPO
       Court file
       Nathaniel Trader