**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery**

May 2, 2008

**Crack Reduction**   **Updated Status Report**

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 7D
Baltimore, Maryland 21201

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAY 02 2008

UNITED STATES DISTRICT JUDGE

Re:   *United States v. Nathaniel Trader*
      No. WEB-93-0368

Dear Judge Blake:

Please accept and docket this letter as an updated status report in the above-captioned case. I previously informed the Court that I did not see a viable argument for Mr. Trader that would permit the Court to grant relief under 18 U.S.C. § 3582 because the original presentence report indicated that his offense involved "more than 15.84 kilograms of cocaine base."

Mr. Trader filed a motion in opposition to the conclusion of U.S. Probation that his offense involved 15.84 kilograms of cocaine base. Mr. Trader, cites, but does not attach, a portion of his sentencing transcript where he asserts that the Court found the offense involved "more than 1.5 kilograms of crack cocaine."

I have written to Mr. Trader and requested a copy of the sentencing transcript. I also have had the court file re-ordered from archives with the hopes that it will still contain a copy of the transcript. Because Mr. Trader was sentenced under old guidelines, which set the ceiling for drug offenses at 38 for offenses involving more than 1.5 kilograms of crack cocaine, it is possible that the sentencing court did not formally adopt the findings of the presentence report or made no express finding that put the amount of cocaine base above 4.5 kilograms. Under those circumstances, Mr. Trader may be able to seek relief under section 3582 on the theory that his base offense level should be 36 (at least 1.5 kg but less than 4.5 kg of cocaine base).

The Honorable Catherine C. Blake
May 2, 2008
Page 2

    Thank you for your attention to this matter. And I apologize for my failure to realize that the old guidelines that governed Mr. Trader's original sentencing set 1.5 kg rather than 4.5 kg of cocaine base at offense level 38.

    Enclosed is a proposed order.

                                            Very truly yours

                                            Denise C. Barrett
                                            Assistant Federal Public Defender

DCB/kdw

Enclosure

cc:    Barbara Sale, AUSA
       Estelle Santana, USPO
       Court file
       Nathaniel Trader