IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAY -2  P 4: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WEB-93-0368 |
| NATHANIEL TRADER | * | |

* * * * * *

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, it is this 2nd day of May, 2008, ordered by the United States District Court for the District of Maryland that:

1) the Office of the Federal Public Defender shall seek a copy of the sentencing transcript in the above-captioned case and provide an updated status report within 60 days.

_____
Catherine C. Blake
United States District Judge

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAY 02 2008

UNITED STATES DISTRICT JUDGE