IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. WEB-93-0368 |
| **NATHANIEL A. TRADER** | * | |

\* \* \* \* \* \*

## ORDER

Upon review of the updated status report filed by the Office of the Federal Public Defender, it is this 8 day of May, 2008, ordered by the United States District Court for the District of Maryland that:

1) the Office of the Federal Public Defender shall file an updated status report within sixty days.

_____
Catherine C. Blake
United States District Judge