**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery**

August 1, 2008

**Crack Reduction           Updated Status Report**

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 7D
Baltimore, Maryland 21201

    Re:    United States v. Nathaniel Trader
            No. B-93-0368

Dear Judge Blake:

    Please accept and docket this letter as an updated status report in the above-captioned case. As I previously reported to the Court in my May 7, 2008 letter, Mr. Trader is eligible to seek a reduction in this sentence because the Court found at sentencing that he was responsible for only 3 to 4 kilos of Crack Cocaine, not 4.5 kilos or more. See Sentencing Transcript attached to May 7, 2008 letter.

    The Court previously sentenced Mr. Trader to 274 months imprisonment (the low end of a range of 292 to 365 months with an 18 month credit for a related state sentence). Under the amended guidelines, Mr. Trader's total offense level would be 38. At a Criminal History Category I, his new range would be 235 to 293 months. Taking into account the 18 month credit that the Court previously granted, and again sentencing at the low end, the amended sentence would be 217 months. Mr. Trader's current projected release date is June 2014. A reduction to 217 months should move his release date up to around April 2010 with eligibility for community confinement in October 2009. A modest additional reduction of 12 months - to 205 months - should make him eligible for placement in a halfway house sometime in December 2008. We request that the Court

The Honorable Catherine C. Blake
August 1, 2008
Page 2

impose a sentence of 205 months, pursuant to its authority under 18 U.S.C. § 3582 and *Booker v. United States*, 543 U.S. 220 (2005).[1]

A 205 month sentence is more than sufficient upon consideration of the factors set forth in 18 U.S.C. § 3553(a). Mr. Trader has been incarcerated for fourteen years. To the extent that sentencing ever serves as general deterrence, that goal is met by the hefty period of incarceration already served. As to the goal of specific deterrence, Mr. Trader's age - 58 - suggests a very low likelihood of recidivism. Drug dealing typically is the territory of youth, not that of a 58 year old with a heart condition. Moreover, the absence of any history of firearms use or violence in Mr. Trader's background shows that public safety will not be at risk if he were released sooner rather than later. Rather than pose any risk to the community, Mr. Trader merely wants to return home to his family, including his nephew, Dontre King, and his grandnephews. Exhibit A.

Also favoring a reduction is Mr. Trader's good institutional adjustment. He is not considered a management problem, participates in recommended programming, and receives good work reports. Exhibit B. His UNICOR work supervisor writes that he is a "very diligent, punctual, and intelligent worker" who takes orders "very well" and "gets along with other inmates." Exhibit B. After supervising Mr. Trader for eight years, his supervisor believes that "[Mr. Trader] would be a[n] asset to any work place and that the UNICOR work program has . . . prepared him well to re-enter today's work force and society in general." Given this history, any goal of vocational or rehabilitative programing associated with a prison sentence has long been served.

To facilitate the Court's review and disposition of this matter, enclosed is a proposed order that requires a government response within thirty days.

Thank you for your attention to this matter.

                                             Very truly yours

                                             Denise C. Barrett
                                             Assistant Federal Public Defender

Enclosure
cc:    Barbara Sale, AUSA
        Estelle Santana, USPO
        Court file
        Nathaniel Trader

---

[1] The Court's authority to reduce the sentence greater than 2 levels has been fully briefed and is pending in *United States v. Inocencio*, No. CCB-04-0350.

June 26, 2008

Mr. & Mrs. Dontre King
2411 Rock Drive
Cambridge, Md. 21613

To whom may be concern,

RE: Ned Trader

My name is Dontre King and Ned Trader is a very special uncle, growing up he was my only male role model. I was raised in a single parent home and he was always involved in my life. He always told me to think big and encouraged me to do my best. He has inspired many people and touched many lives. He knew what it was to struggle, and has helped a lot of people of the community. I have a lot of respect for my uncle, and know that he has grown mentally and spiritually.

I think that his encouragement has made me the man that I am today. I have always looked up to him. I served 3 years in the U. S Army. I have been married to Arlesha King for 8 yrs and have two boys Dontre Jr. (8) and Trejan (6). I'm also a professional boxer and have my own business. I have shared many stories with my wife and kids about my uncle and would love for my kids to be able to have him apart of there life.

In closing, I know that he has learned his lesson and hope and pray to see him some time soon.

Sincerely,

Dontre King
King's Investors



UNICOR WAREHOUSE
ATTN: Deman-2
P.O. Box 6000
Fort Dix, NJ 08640
TEL: (609) 723 1100 X1305
FAX: (609) 723 8759

# UNICOR
U.S. Department of Justice
Federal Prison Industries, Inc.

---

**DATE:** June 17, 2008

**FROM:** B. Grant, UNICOR Deman-2 Foreman

To Whom It May Concern:

   Inmate Nathaniel Trader Reg. # 29601-037 has worked for UNICOR the last past eight (8) years. During this time he has proven to be a very diligent, punctual, and intelligent worker. Inmate Trader has taken orders from staff very well and gets along with other inmates with no trouble. I have supervised him in the capacity of a warehouse worker to forklift operator. In the time that inmate Trader has worked for me I can say that he would be a asset to any work place and that the UNICOR work program has influenced him in a positive way and prepared him well to re-enter today's work force and society in general.

Thank you
B. Grant

```
FTD2Q              *        PROGRESS REPORT              *    07-07-2007
PAGE                                                          09:23:35

RSP OF: FTD FORT DIX FCI           US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        5756 HARTFORD & POINTVILE RD
        FORT DIX, NJ 08640
        609 723-1100
NAME: TRADER, NATHANIEL            REGNO: 29601-037 AGE(DOB): 57/12-07-1949
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| [signature] | 7/20/07 | [signature] |

TYPE OF PROGRESS REPORT:
INITIAL ___  SIH _x_  TRIENNIAL ___  PRE-RELEASE ___  TRANSFER ___  OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
  MINIMUM   /OUT

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21:846 & 18:2, CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE A QUANTITY OF A MIXTURE OR SUBSTANCE
CONTAINING A DETECTIBLE AMOUNT OF COCAINE BASE, A SCHEDULE II
CONTROLLED SUBSTANCE; AIDING AND ABETTING
  274 MONTHS                           /      5 YEARS

DATE COMPUTATION BEGAN: 02-10-1995

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
|   |   | + JAIL CREDIT - INOP TIME |
| 0    /0    /0 | 648 | M:    148 D: 28 |
|   |   | + 198   JC - 0    INOP |

PROJECTED RELEASE DATE: 06-16-2014  |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE.

CO-DEFENDANTS: NONE

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                          BP-CLASS-3

Atth. B

```
NAME: TRADER, NATHANIEL              REGNO: 29601-037
------------------------- INSTITUTIONAL ADJUSTMENT -----------------------------
Inmate Trader was designated to SCP Fort Dix on 03-21-2000.  He has participated in
recommended programming and has received good work reports.  He is not considered a
management problem.


A.  PROGRAM PLAN: At his initial classification and at subsequent program reviews,
the Unit team recommended participation in the FRP Program, ACE Courses, maintaining
good work reports and good sanitation within the unit.

B.  WORK ASSIGNMENTS: He has been assigned to the following work details:

INST    WORK ASSIGNMENT                                START DATE      STOP DATE

FTD     FPI MBR-8  FPI                                 07-27-2006      CURRENT
FTD     6695 ORD C BLDG 6695 ORDERLY - FTD CAMP        07-13-2006      07-27-2006
FTD     SHU UNASSG UNASSIGNED - SHU                    07-08-2006      07-13-2006
FTD     FPI DEMAN2 FPI DEMANUFACTURING 5735            09-06-2005      07-08-2006
FTD     FPI DEMAN1 FPI DEMANUFACTURING 5713            07-25-2005      09-06-2005
FTD     FPI DEMAN2 FPI DEMANUFACTURING 5735            07-05-2005      07-25-2005
FTD     FPI DEMAN1 FPI DEMANUFACTURING 5713            11-04-2004      07-05-2005
FTD     VACATION E VACATION - FCI EAST                 10-18-2004      11-04-2004

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Trader has participated in the
following course during his period of incarceration.

---------------------------- EDUCATION INFORMATION -----------------------------
FACL  ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
FTD   ESL HAS     ENGLISH PROFICIENT           03-16-1995 1405  CURRENT
FTD   GED HAS     COMPLETED GED OR HS DIPLOMA  03-29-1995 1639  CURRENT

----------------------------- EDUCATION COURSES --------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE   EVNT AC LV  HRS
FTD SCP   OFFICIALS TRNG CERTIFICATION   06-01-2006  09-11-2006   P   C  P   119


D.  COUNSELING PROGRAMS: Inmate Trader participates in informal counseling sessions
with his case manager and counselor on an as needed basis.

E.  INCIDENT REPORTS: (SENTRY WILL CAPTURE INCIDENT REPORTS.  FOR PROHIBITED
ACTS OF GREATEST SEVERITY, INCLUDE A BRIEF ACCOUNT OF THE INCIDENT.)

--------------------------------------------------------------------------------
UDC HEARING DATE/TIME: 07-10-2006 1400.      INCIDENT DATE/TIME: 07-08-2006 1000
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
           COMP:    LAW:    INMATE WILL LOSE 120 DAYS OF COMMISSARY (SUSPENDED
                            PENDIND 180 DAYS CLEAR CONDUCT.
         LP PHONE   / 90 DAYS / CS
           COMP:    LAW:    INMATE WILL LOSE 90 DAYS TELEPHONE 07-11-2006
                            10-11-2006
         LP VISIT   / 90 DAYS / CS
           COMP:    LAW:    INMATE WILL LOSE 90 DAYS VISITING 07-11-06 UNTIL
                            10-11-2006
```

NAME:  TRADER, NATHANIEL                REGNO: 29601-037

F. INSTITUTIONAL MOVEMENT: Inmate Trader has participated in several escorted trips to the local hospitals. There hasn't been any other institutional movement.

G. PHYSICAL AND MENTAL HEALTH: Inmate Trader is assigned regular duty with medical restrictions. He is not cleared for food service. He hasn't had any emotional or mental disorders. He should be considered fully employable upon release from custody.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: At the time of sentencing, the District of Maryland imposed a $50 Felony Assessment. He is also subjected to pay $21,352 COIF Fee. He is currently making $50% of Unicor Payments in the FRP Program.
```
FRP ASSIGNMENT                           START DATE
PART            FINANC RESP-PARTICIPATES  04-17-2000
```

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Trader will complete the Institutional Release Preparation Program and Unit Release Preparation Programs prior to his release. These particular programs will provide him with information on health and nutrition, employment, personal finance, community resources, release requirements and procedures, and personal growth and development.

```
CMA ASSIGNMENT (REL PREP)                START DATE
RPP NEEDS       RELEASE PREP PGM NEEDS   09-05-1996
```

PRE-RELEASE PREP DATE: 12-16-2013

RESIDENCE:   To be secured.

EMPLOYMENT:  To be secured.

USPO:        Mr. Richard A. Houck, Jr., CUSPO
             US District Court
             2800 E. Barrett Prettyman U.S. Courthouse
             333 Constitution Ave., N.W.
             Washington, DC 20001-2802

J. RELEASE NOTIFICATIONS:

   OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
        CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

   IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES   ( ) NO

        18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED
     DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

NAME: TRADER, NATHANIEL        REGNO: 29601-037

DICTATED BY: _____ CASE MANAGER (DATE) 7/6/07
            6695 M-Z   R. GILYARD, X-533

DATE TYPED: 07-07-2007

REVIEWED BY: _____ UNIT MANAGER (DATE) 7/6/07
            CAMP    A. LEWIS, CAMP UM X-532

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. B-93-0368 |
| NATHANIEL TRADER | * | |

\* \* \* \* \* \*

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1) The government shall respond to Mr. Trader's motion for reduction of sentence within thirty days.

 

_____
Catherine C. Blake
United States District Judge