IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG -4 A II: 51

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * Criminal No. B-93-0368 |
| NATHANIEL TRADER | * |

\* \* \* \* \* \*

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender, it is this 4 day of August, 2008, ordered by the United States District Court for the District of Maryland that:

1) The government shall respond to Mr. Trader's motion for reduction of sentence within thirty days.

_____
Catherine C. Blake
United States District Judge